AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Juan Albert Vasquez | ) Case No. **SA:25-MJ-1086** |
| | ) |
| *Defendant(s)* | ) |

**FILED**
July 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CM_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 29, 2025__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846, 841(a)(1) and (b)(1)(A) | Conspiracy to Possess with Intent to Distribute 500 grams or more of Methamphetamine; <br><br> Penalties: 10 years to life imprisonment; 5 years to life supervised release; $10 million fine and $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.
☑ Sworn to telepathically and signed electronically

ROBERT AYALA (Affiliate)
Digitally signed by ROBERT AYALA (Affiliate)
Date: 2025.07.30 09:11:38 -05'00'

*Complainant's signature*

TFO Robert Ayala, DEA
*Printed name and title*

Date: 07/30/2025

*Judge's signature*

City and state: San Antonio, Texas

Richard B. Farrer, US Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Robert Ayala, Task Force Officer, Drug Enforcement Administration, San Antonio, Texas, being duly sworn, depose and state as follows:

1. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code.

2. I am currently a Task Force Officer with the Drug Enforcement Administration (DEA), United States Department of Justice. I have been employed by the San Antonio Police Department for approximately sixteen years. I am presently assigned to the San Antonio District Office of the DEA, and specifically the High Intensity Drug Task Force (HIDTA). My present duties include the investigation of violations of the federal narcotics and money laundering laws by large-scale criminal organizations within the Western District of Texas.

3. On July 29, 2025, Surveillance observed JUAN ALBERT VASQUEZ, depart from the residence located at 137 Dean St, San Antonio, TX 78212, with a female. The female was observed leaving the location with a black tool bag and black and white backpack. JUAN ALBERT VASQUEZ entered the driver's seat of a Black 2023 Chevy Malibu (TX LP TYZ8348), and the female entered the front passenger seat of the same vehicle. The Black Chevy Malibu was subsequently stopped by SAPD Uniformed Officers in marked units for numerous traffic violations. The female was found to have an active parole violation warrant stemming from criminal drug charges. The female was placed under arrest for the warrant and during the search of the black and white backpack she was seen carrying, 0.9 grams of Methamphetamine was found.

4. Following the discovery of the Methamphetamine in the backpack, Det C. Deason #2248 applied for and received a Narcotics search warrant signed by the Bexar County Magistrate for the residence located at 137 Dean St, San Antonio, Tx 78212.

5. At approximately 5:00pm the search warrant was executed by members of the San Antonio Police Department at 137 Dean St, San Antonio, Tx 78212.

6. JUAN ALBERT VASQUEZ was read his Miranda Rights at the scene of the traffic stop and returned to the residence, where he was read a copy of the search warrant.

7. I was present during the execution of the search warrant at 137 Dean St, San Antonio, Tx 78212 where approximately 58 kilograms of Methamphetamine and approximately 968.9 grams of Heroin were found, all of which field tested positive for either Methamphetamine or Heroin, respectively.

8. During a mirandized post arrest interview of JUAN ALBERT VASQUEZ, JUAN ALBERT VASQUEZ admitted ownership of the Narcotics found in his residence claiming it all belonged to him.

9. Also discovered in the residence were three semiautomatic pistols, one revolver and one AR 15 rifle, all of which were loaded with ammunition. The AR 15 was discovered propped up against the outside door frame where most of the Methamphetamine was discovered. Most of the Heroin was in the master bedroom, where the four handguns were located.

10. Also discovered were a large scale, money counter and packaging material, which were either seized or photographed at the scene. Five large metal containers were also discovered during the search, which JUAN ALBERT VASQUEZ later admitted is how he would receive the liquid Methamphetamine from coconspirators prior to converting the liquid methamphetamine into crystal Methamphetamine. The large metal containers were photographed at the scene.

11. Based on the above facts, your affiant believes there is probable cause that JUAN ALBERT VASQUEZ possessed narcotics with the intent to distribute, and conspired to do the same, in violation of 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A).

ROBERT AYALA (Affiliate)
Digitally signed by ROBERT AYALA (Affiliate)
Date: 2025.07.30 09:12:19 -05'00'

Task Force Officer Robert Ayala
Drug Enforcement Administration

Subscribed and sworn to telephonically on ___July 30___, 2025.

HONORABLE RICHARD FARRER
UNITED STATES MAGISTRATE JUDGE